# Third District Court of Appeal
## State of Florida

Opinion filed December 7, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0888
Lower Tribunal No. F17-10378
_____

**Manuel Alvarez-Hernandez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Tanya Brinkley, Judge.

Manuel Alvarez-Hernandez, in proper person.

Ashley Moody, Attorney General, and Katryna Santa Cruz, Assistant Attorney General, for appellee.

Before LOGUE, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.